PETITION OF THE PAWCATUCK NATIONAL BANK for the appointment of a Receiver of the Estate of JOHN HOBART CROSS.

A motion to add a creditor's name to a petition for the appointment of a receiver comes too late when made after the expiration of the sixty days within which attachments are vacated by the petition. With the lapse of this time the attachments are secure against all creditors save the petitioners. Hence the petitioners cannot then amend their petition to secure the proportion of debt required to give the court jurisdiction.

MOTION to amend the petition by adding the Washington County National Bank as a copetitioner.

*Providence, December 26, 1891.* PER CURIAM. The court is of the opinion that the motion, to amend the petition by adding the Washington County National Bank as a petitioner, comes too late. The purpose of joining an additional creditor in the petition is to make sure that the amount of the insolvent's indebtedness held by the petitioning creditors shall equal or exceed one fifth of his total indebtedness, which amount is required to maintain the petition. The sixty days within which attachments could be vacated elapsed prior to the making of the motion. With the lapse of the sixty days, the rights of the attaching creditors to retain their attachments became secure against all the creditors except the petitioner. The right to proceed under the petition, therefore, so far as it is dependent upon the amount of the insolvent's indebtedness required to sustain it is concerned, must be determined upon the petition as it stands. *Motion dismissed.*

*Charles Perrin,* for the motion.

*James Tillinghast & Theodore F. Tillinghast, contra.*